IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00280 |
| | ) | JUDGE HAYNES |
| ROGER DONALD HUMPHREY | ) | |

### NOTICE OF STATUS

Pursuant to this Court's order entered on May 15, 2012, at D.E. 66, undersigned counsel hereby notifies this Honorable Court that they have met with Roger Donald Humphrey and established an attorney-client relationship with him. Undersigned counsel have also received discovery materials from the United States Attorney's Office and have obtained the file from Mr. Humphrey's previous appointed counsel. Undersigned counsel are in the process of researching and investigating legal and factual issues involved in this case but the investigation and research is not yet complete. Undersigned counsel need additional time to complete their preparation of this case and request that this Court set this matter for a status conference in approximately 45 days.

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: mariah_wooten@fd.org

s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org
Attorneys for Roger Donald Humphrey