IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:10-00280
) CHIEF JUDGE HAYNES
)
ROGER DONALD HUMPHREY )

MOTION TO STRIKE MOTION TO REOPEN DETENTION HEARING

The defendant, Roger Donald Humphrey, through undersigned counsel, moves to strike the motion to reopen detection hearing filed at Docket Entry 77.

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: mariah_wooten@fd.org

s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorneys for Roger Donald Humphrey

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the foregoing Motion to Strike Motion to Reopen Detention Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

/s/ Mariah A. Wooten
Mariah A. Wooten