IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3-10-00280 |
| v. | ) | |
| | ) | |
| ROGER HUMPHREY | ) | |

O R D E R

The defendant's motion to reopen detention hearing (Docket Entry No. 95) is GRANTED.

A further detention hearing is scheduled on **Tuesday, April 2, 2013, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The Marshal shall produce the defendant for the hearing on April 2, 2012.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge