UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 3:10-cr-00280 |
| v. | ) ) | Judge HAYNES |
| ROGER DONALD HUMPHREY | ) ) ) | |

## GOVERNMENT'S MOTION TO RESET PLEA HEARING

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, respectfully requests this Court reset the plea hearing set for today, October 28, 2013, from 1:00 p.m. to 4:00 p.m., subject to this Court's convenience. The government makes this request based on a conflict that was scheduled prior to this hearing, to wit, a presentation by the undersigned attorney at a conference from 1:30 p.m. to 3:30 p.m. Due to the unusual nature of this case, the government believes that substitute counsel would be unable to address any issues that might arise during this hearing. Defense counsel does not object to rescheduling the hearing for a later time. Wherefore, the government respectfully requests that this hearing be set for today, October 28, 2013, at 4:00 p.m.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

1