IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10-cr-00280 |
| | ) | Chief Judge Haynes |
| ROGER DONALD HUMPHREY | ) | |

## ORDER

The plea hearing is reset in this action for **Monday, November 18, 2013 at 1:30 p.m.**

It is so **ORDERED**.

ENTERED this the 29th day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court